486

**No. 56683.**—W. X. Huber Co. *v.* United States, protest 894327–G (Los Angeles).

Opinion by EKWALL, J. In accordance with stipulation of counsel that certain items of the merchandise consist of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342), the claim at 1 cent per pound under paragraph 743 was sustained. Fish and beans in tins, stipulated to be the same as those involved in Abstract 42516, were held dutiable at 20 percent under paragraph 1558.

**No. 56684.**—R. E. Spriggs Co. *v.* United States, protest 113322–K (Los Angeles).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 56685.**—The Parnell Co., Inc. *v.* United States, protest 141422–K (Cleveland).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 56686.**—William Rand, Inc., and W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 173471–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 70 dozen seed bead necklaces out of 170 dozen, invoiced as contained in case No. 7, and 10½ dozen seed bead necklaces out of 102 dozen, invoiced as contained in case No. 16, reported by the inspector as landed in bad order, was not in fact imported nor received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon such portions of the merchandise agreed by counsel as missing from the cases reported by the inspector as landed in bad order.